NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS D. WALKER,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-1001
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____  )

Opinion filed March 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Christine H. Greider, Judge.

Carlos D. Walker, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, MORRIS, and LUCAS, JJ., Concur.